# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −19)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 413 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 10, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  MDL No. 2804

# SCHEDULE CTO−19 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **GEORGIA MIDDLE** | | | |
| GAM | 1 | 18−00065 | CITY OF BAINBRIDGE GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION, et al |
| GAM | 1 | 18−00066 | HOSPITAL AUTHORITY OF BAINBRIDGE AND DECATUR COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 3 | 18−00038 | ELBERT COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 5 | 18−00101 | TWIGGS COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 4 | 18−00061 | City of Pooler, Georgia v. Amerisourcebergen Drug Corporation et al |
| GAS | 6 | 18−00031 | Bulloch County, Georgia v. Amerisourcebergen Drug Corporation et al |
| **INDIANA NORTHERN** | | | |
| ~~INN~~ | ~~2~~ | ~~18−00117~~ | ~~Gary, Indiana City of v. Purdue Pharma, L.P., et al~~ Opposed 4/9/18 |
| INN | 3 | 18−00206 | City of South Bend v. AmerisourceBergen Drug Corporation et al |
| **KENTUCKY EASTERN** | | | |
| KYE | 0 | 18−00035 | Carter County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 0 | 18−00036 | Elliott County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 2 | 18−00041 | Bracken County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 6 | 18−00087 | |

| | | | |
|---|---|---|---|
| KYE | 6 | 18−00089 | Family Practice Clinic of Booneville, Inc. et al v. Purdue Pharma L.P. et al<br>Wayne County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| KYE | 7 | 18−00036 | Martin County Fiscal Court v. AmerisourceBergen Drug Corporation et al |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| ~~KYW~~ | ~~3~~ | ~~18−00184~~ | ~~Commonwealth of Kentucky v. Cardinal Health 5, LLC et al~~   Opposed 4/9/18 |

MICHIGAN WESTERN

| | | | |
|---|---|---|---|
| MIW | 1 | 18−00327 | Grand Rapids, City of v. Purdue Pharma L.P. et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 18−00055 | Itawamba County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 18−00075 | Marshall County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 18−00076 | City of Charleston, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 3 | 18−00077 | Tallahatchie County, Mississippi v. Amerisourcebergen Drug Corporation et al |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 2 | 18−00028 | Fentress County, Tennessee v. AmerisourceBergen Drug Corporation et al |
| TNM | 3 | 18−00314 | Montgomery County, Tennessee v. AmerisourceBergen Drug Corporation et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 1 | 18−01047 | Madison County, Tennessee v. Amerisourcebergen Drug Coropration et al |
| TNW | 1 | 18−01048 | Henderson County, Tennessee v. Amerisourcebergen Drug Coropration et al |
| TNW | 2 | 18−02194 | Flanagan et al v. Purdue Pharma L.P. et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 18−00448 | The Town of Glenville, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−00463 | The Town of Man, West Virginia v. AmerisourceBergen Drug Corporation et al |
| ~~WVS~~ | ~~2~~ | ~~18−00476~~ | ~~The County Commission of Mingo County v. Purdue Pharma, L.P. et al~~   Opposed 4/9/18 |
| WVS | 2 | 18−00477 | Adkins v. Purdue Pharma, L.P. et al |
| ~~WVS~~ | ~~2~~ | ~~18−00478~~ | ~~Burton et al v. Purdue Pharma, L.P. et al~~   Opposed 4/9/18 |
| WVS | 3 | 18−00456 | The Town of Eleanor, West Virginia v. AmerisourceBergen Drug Corporation et al |